**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      David Scott Lindsey v. The State of Texas

Appellate case number:   01-13-01008-CR

Trial court case number:  1281488

Trial court:                      209th District Court of Harris County

On October 9, 2014, this case was abated and remanded to the trial court to determine whether appellant wished to prosecute the appeal and, if so, whether or not appellant's retained counsel, Jon P. Thomas, has abandoned the appeal. The trial court held a hearing on our abatement order on December 17, 2014. The reporter's record of the abatement hearing indicates that appellant stated on the record in open court that he no longer wishes to prosecute this appeal. Based on appellant's statements, the trial court found that appellant no longer desires to prosecute the appeal.

Accordingly, we REINSTATE this case on the Court's active docket. The case will be set for submission and considered without briefs. *See* TEX. R. APP. P. 38.8(b)(4) ("If the trial court has found that the appellant no longer desires to prosecute the appeal . . . the appellate court may consider the appeal without briefs, as justice may require." ); *see also Ayala v. State*, No. 01-13-00393-CR, 2015 WL 161788, at *1 (Tex. App.—Houston [1st Dist.] Jan. 13, 2015, no pet. h.); *Compian v. State*, No. 01-08-00034-CR, 2010 WL 3220644, at *2 (Tex. App.—Houston [1st Dist.] Aug. 12, 2010, no pet.).

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                              ☒ Acting individually      ☐ Acting for the Court


Date:  February 24, 2015